# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | DONALD S. BROOKS | WILLIAM SQUIRE |
| JOHN N. BAIN | A. RICHARD ROSS | FRANCIS C. HAND | ALAN J. GRANT° |
| JOHN G. GILFILLAN, III | KENNETH L. WINTERS | AVRAM S. EULE | MICHAEL P. PASQUALE |
| PETER G. STEWART | JEFFREY A. COOPER | LINDSEY H. TAYLOR | LAURA S. MUNZER |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | RAYMOND W. FISHER | MARC D. MICELI |
| ARTHUR T. VANDERBILT, II | MELISSA E. FLAX | DAVID J. REICH | RAYMOND E. STAUFFER° |
| JAN ALAN BRODY | DENNIS F. GLEASON | | JACOB A. KUBERT |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | OF COUNSEL | STANLEY J. YELLIN |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | FRANK J. CHESKY III |
| JAMES E. CECCHI | BRIAN H. FENLON | | SHARI L. GRENIER° |
| | KHOREN BANDAZIAN | | RAMON A. CAMEJO |
| | KERRIE R. HESLIN | | STEPHEN R. DANEK |
| JAMES D. CECCHI (1933-1995) | | | °MEMBER N.Y. BAR ONLY |

November 9, 2006

**VIA HAND DELIVERY**

Honorable Jose L. Linares, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> RE: **W.R. Huff Asset Management Co., L.L.C, et al.. v. Harmonay, et al.**
> **Civil Action No. 06-5101 (JLL)**

Dear Judge Linares:

Magistrate Hedges conducted a scheduling conference with the parties on Wednesday, November 8, 2006. During the conference, and with the assistance of Magistrate Hedges, the parties re-engaged in settlement discussions. Based upon those discussions, Magistrate Hedges directed plaintiffs to submit certain settlement information to defendants by November 15 and scheduled a settlement conference for November 21, 2006 at 4:00 p.m.

As Your Honor will recall, the temporary restraints were continued, by agreement of the parties, until November 17, 2006. Your Honor indicated that your decision on the application for preliminary injunction would be forthcoming prior to November 17, 2006. In view of the parties' current willingness to discuss settlement, Magistrate Hedges asked if the parties would consent to extending the temporary restraints until November 24, 2006 in hopes that a settlement could be reached which would obviate the need for Your Honor ruling on the preliminary injunction application.

Honorable Jose L. Linares, U.S.D.J.
November 9, 2006
Page 2

 

Both plaintiffs and defendants consent to the extension of the temporary restraints until November 24, 2006 and would request that Your Honor refrain from issuing a decision on the preliminary injunction prior to that date. In the event that a settlement is reached, or in the event that it becomes apparent that a settlement cannot be reached, we will notify Your Honor immediately.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

JOHN M. AGNELLO

JMA:li
cc: Honorable Ronald J. Hedges, U.S.M.J. (via hand delivery)
    Lawrence M. Rolnick, Esq. (via email)
    Thomas E. Redburn, Jr., Esq. (via email)
    Sally J. Mulligan, Esq. (via email)
    Sheila A. Sadighi, Esq. (via email)

Document #303063

SO ORDERED:
DATED: 11.14.2006