Sheila A. Sadighi
Member of the Firm
Tel  973 597 6218
Fax  973 597 6219
ssadighi@lowenstein.com

March 26, 2007

VIA CM/ECF

Hon. Jose L. Linares, U.S.D.J.
U.S. District Court for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 5054
Newark, New Jersey  07102

Re:   *W.R. Huff Asset Management Co., L.L.C., et al. v. Harmonay, et al.*
      Civil Action No: 06-5101 (JLL)

Dear Judge Linares:

We represent the Plaintiffs ("Huff") in the above-referenced action. We write with the consent of Defendants to request a one day extension of (i) Huff's time to file its opposition to Defendants' motion for leave to amend their Third Party Complaint, and (ii) Defendants' time to file their reply to such opposition. Under the current schedule, Huff's opposition is due on March 26, 2007 and Defendants' reply is due on April 2, 2007. Under the proposed revised schedule, Huff will file its opposition on March 27, 2007, and Defendants will file their reply on April 3, 2007.

Based on the parties' agreement and because no significant delay will result, we respectfully request that the Court approve our request for extension. We thank the Court for its consideration.

Respectfully submitted,

/s/ Sheila A. Sadighi

Sheila A. Sadighi

SO ORDERED: [signature]
DATED: 3-27-07

11213/20
03/26/07 2140037.01

cc:   Hon. Mark Falk, U.S.M.J. (via Federal Express)
      John M. Agnello, Esq. (via electronic mail)
      Melissa E. Fax, Esq. (via electronic mail)